**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 26, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00948-CV

---

### IN RE CHERYL LYNN HOERMANN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. CCL-4371**

---

### MEMORANDUM OPINION

On October 15, 2012, relator Cheryl Lynn Hoermann, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Judge Matthew Reue, presiding judge of the County Court at Law of Washington County, to vacate his order signed September 4, 2012, denying her motion to dismiss the third-party intervention filed by Boyd Howsley. Relator also filed a motion to stay proceedings in the trial court during pendency of this proceeding.

Relator has not established that she is entitled to relief. Accordingly, we deny relator's petition for writ of mandamus and motion for stay.


PER CURIAM


Panel consists of Justices Frost, Christopher, Jamison.